UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MATTHEW ARACICH,

                         Plaintiff,

    -against-                                                  21 **CIVIL** 9622 (VB)

## **JUDGMENT**

THE BOARD OF TRUSTEES OF THE EMPLOYEE
BENEFIT FUNDS OF HEAT & FROST INSULATORS
LOCAL 12; THE EMPLOYEE BENEFIT FUNDS OF
HEAT AND FROST INSULATORS LOCAL 12; THE
BOARD OF TRUSTEES OF THE PENSION FUND
OF HEAT AND FROST INSULATORS LOCAL 12
PLAN; THE PENSION FUND OF THE HEAT AND
FROST INSULATORS LOCAL 12 PLAN; THE
BOARD OF TRUSTEES OF THE HEAT AND
FROST INSULATORS LOCAL 12 WELFARE
FUND; THE HEAT AND FROST INSULATORS
LOCAL 12 WELFARE FUND; AL WASSELL, in
his capacity as Fund Manager of The Employee
Benefit Funds of Heat & Frost Insulators Local 12;
and JOHN DOES 1–10, whose identities are currently
unknown, constituting the trustees, plan administrators
or fiduciaries of the Employee Benefit Funds of Heat
& Frost Insulators Local 12 and the Pension Fund of
Heat and Frost Insulators Local 12,

                         Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2022, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       September 20, 2022

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                          **Clerk of Court**

                                    **BY:**    *K. Mango*

                                                          _____
                                                          **Deputy Clerk**